USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:23-cr-00348-MKV-1 |
| MALCOLM HOGUE, | **ORDER** |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall file a joint status letter by November 2, 2023, one week in advance of the status conference scheduled for November 9, 2023.

**SO ORDERED.**

Date:  October 30, 2023                          **MARY KAY VYSKOCIL**
        New York, NY                              **United States District Judge**