UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2023

UNITED STATES OF AMERICA,

-against-

MALCOLM HOGUE,

Defendant.

1:23-cr-00348-MKV-1

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for November 9, 2023 at 2:00 PM is adjourned to December 5, 2023 at 11:00 AM.  The parties are direct to submit a joint status letter no later than December 1, 2023.  Any request for extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.  The Clerk of Court respectfully is requested to terminate the motion pending at docket entry number 10.

**SO ORDERED.**

Date: **November 2, 2023**
      New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**