```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-    1:23-cr-00348-MKV-1

MALCOLM HOGUE,    **ORDER**

Defendant.

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for February 6, 2024 at 11:30 AM is ADJOURNED to April 16, 2024 at 3:00 PM.  The parties are directed to submit a joint status letter no later than April 11, 2024.  Any request for extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.  The Clerk of Court respectfully is requested to terminate the motion pending at docket entry number 15.

**SO ORDERED.**

Date: February 2, 2024
     New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**