USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MALCOLM HOGUE,

Defendant.

1:23-cr-00348-MKV-1

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for April 16, 2024 at 3:00 PM is ADJOURNED to April 23, 2024 at 2:30 PM.  The parties are DIRECTED to submit a joint status letter no later than April 16, 2024.  Any request for extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

**Date:  April 1, 2024**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**