```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MALCOLM HOGUE,

Defendant.

1:23-cr-00348-MKV-1

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the status conference scheduled for April 23, 2024 at 2:30 PM is ADJOURNED *sine die*.  A change-of-plea hearing is scheduled for April 17, 2024 at 11:30 AM.  The parties are DIRECTED to submit all plea materials no later than April 10, 2024.  Any request for extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Date:  April 1, 2024
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**