USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MALCOLM HOGUE,

Defendant.

1:23-cr-00348-MKV-1

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the change-of-plea hearing scheduled for May 7, 2024 at 2:00 PM is ADJOURNED to May 15, 2024 at 10:30 AM.  The parties are DIRECTED to submit all plea materials no later than May 8, 2024.  Any request for extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

**Date:  April 19, 2024**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**