**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           ORDER
                                    :
Malcolm Hogue                       :
                                    :        23-cr-348 (MKV)
                                    :           Docket #
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2024

__Mary Kay Vyskocil__, **DISTRICT JUDGE:**
        Judge's Name

The C.J.A. attorney assigned to this case __Avraham Chaim Moskowitz__ is hereby ordered substituted
                                                Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to __Sarah Sacks__, NUNC-PRO-TUNC __5/20/2024__.
                                                                    Attorney's Name

                              **SO ORDERED.**

                              _/s/ Mary Kay Vyskocil_
                              **UNITED STATES DISTRICT JUDGE**

**Dated:** **May 20, 2024**
       **New York, New York**