USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MALCOLM HOGUE,

Defendant.

1:23-cr-00348-MKV-1

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that a status conference in this matter is scheduled for September 17, 2024 at 11:00 AM. In advance of the conference, by September 12, 2024, the parties shall submit a joint letter advising the Court of the status of this VOSR matter, including the status of the Defendant's case in 1:23-cr-00442-JLR. Any request for extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline. The Clerk of Court is respectfully requested to terminate the motion pending at ECF No. 27.

**SO ORDERED.**

**Date:** May 29, 2024
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**